159 A.3d 931

COMMONWEALTH of Pennsylvania, Respondent

v.

Terrence M. LEWIS, Petitioner

No. 233 EAL 2016

Supreme Court of Pennsylvania.

October 18, 2016

## ORDER

PER CURIAM

**AND NOW,** this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**